**William Earl WEIR, Jr., Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 40278.**

Missouri Court of Appeals, Western District.

Nov. 29, 1988.

Nancy A. McKerrow, Columbia, for appellant.

William L. Webster, Atty. Gen., Elizabeth L. Ziegler, Jefferson City, for respondent.

Before KENNEDY, C.J., and BERREY and COVINGTON, JJ.

## ORDER

PER CURIAM:

Appeal from denial, after evidentiary hearing, of Rule 27.26 motion for post-conviction relief.

JUDGMENT AFFIRMED. Rule 84.-16(b).